**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Margo Elizabeth Caradine<br><br>Debtor(s) | Case No. 14-08296 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/10/2014.

2) The plan was confirmed on 06/05/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/09/2015.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 14-08296   Doc 84   Filed 09/24/15   Entered 09/24/15 16:27:25   Desc Main
Document   Page 2 of 4

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,279.86 |
| Less amount refunded to debtor | $20.65 |

**NET RECEIPTS:** **$1,259.21**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $58.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$58.33**

Attorney fees paid and disclosed by debtor:   $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ability Recovery Service | Unsecured | 3,528.00 | 4,276.86 | 299.00 | 270.31 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 899.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| Asset Resources | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 6,448.00 | 7,701.39 | 7,701.39 | 591.50 | 0.00 |
| Chase Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 2,021.06 | 2,021.06 | 155.23 | 0.00 |
| Cook Coiunty Recorder of Deeeds | Unsecured | 827.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 10,129.00 | 101.20 | 101.20 | 0.00 | 0.00 |
| Eagle Accounts Group, Inc. | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| HELVEY & ASSOC | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 5,352.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 303.43 | 303.43 | 19.18 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Secured | NA | 201.42 | 201.42 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 0.00 | 201.42 | 15.47 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 245.58 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 479.00 | 20.65 | 20.65 | 18.67 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,460.00 | 102.07 | 102.07 | 92.28 | 0.00 |
| LA FITNESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson, | Unsecured | 2,021.06 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 2,110.89 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,091.00 | 791.10 | 0.00 | 0.00 | 0.00 |
| Midland Funding | Unsecured | 729.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midland Funding | Unsecured | 906.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | 337.00 | 337.50 | 337.50 | 21.33 | 0.00 |
| National Credit Adjuster | Unsecured | 2,873.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICE | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| Protection One | Unsecured | 175.73 | NA | NA | 0.00 | 0.00 |
| River West Smile Center | Unsecured | 67.20 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 268.00 | 267.58 | 267.58 | 16.91 | 0.00 |
| U.S. Bank N.A. | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| UIC Medical Center | Unsecured | 3,299.02 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc. | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 350.51 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| West Austin Child Development Cente | Unsecured | 3,477.30 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $201.42 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$201.42** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,355.30** | **$1,200.88** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $58.33 |
| Disbursements to Creditors | $1,200.88 |
| **TOTAL DISBURSEMENTS:** | **$1,259.21** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/24/2015                    By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**